# Court of Appeals
# of the State of Georgia

ATLANTA,   February 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0842.  IN RE: BRIAN GAMBLE.**

In this direct appeal, Brian Gamble seeks review of the superior court's order denying his petition for release from the State Sexual Offender Registry under OCGA § 42-1-19.  We lack jurisdiction.

Appeals from orders of superior courts denying petitions for release under § 42-1-19 must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (5.2).  Gamble's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal.  See *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991) ("[C]ompliance with the discretionary appeals procedure is jurisdictional.").  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___ 02/11/2016 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*